# Exhibit 1

## Additional Parties

## Here

5. Mr. Metellus Ward, 6. Ms. Reed Warden,
7. Capt. Nottingham, 8. LT. Mazzocchi, 9. Frank Bochenek,
10. Dan Onisek, 11. Mr. Disandro – (9.10.11 are the investigators)
12. Coyne ass. Director – Address for all 1730 S. Easton Rd, Doylestow, PA 18901

Prison Oversight Board: 13. Robert Harvie Jr.,
14. Diane M. Ellis-Marseglia, 15. Gene DiGirolamo, 16. Judge
Wallace Bateman, 17. DA. Matt Weintraub, 18. Milt Warrell,
19. Ann Russavage-Faust, 20. Christine Shenk, 21. Karen
Dopson, 22. Daniel Grace, 23. Sara Webster.

24. BCCF Primecare Medical dept. and mental
Health dept, Et. al and 25 Bucks County.

All in their individual and official Capacity

Exhibits 2 to 5
Table of Contents

Exhibit; Facts Underlying claim Quest. IV Part D    1

Exhibit 2A; Article re: Lawsuit vs. Bucks County    7

Exhibit 2B: BCCF Request Slips    10

Exhibit 2C: DA's Emergency Motion    47

Exhibit 2D: Letter from Oversight Board    55

Exhibit 2E: BCCF Request slip, re: Atty calls    56

Exhibit 3: Complaint Question V    57

   3A: Exhibit Request slips    59

Exhibit 4: Complaint Question VI    74A 74B

Exhibit 5: Complaint Question VII    75
    76
Exhibit 6: Complaint    77

# Exhibit 2

## Facts Underlying Claims

Procedural History

On January 26, 2017, the Court entered an order vacating the conviction and sentence of the Plaintiff in this matter. Alfonzo Sanchez ("Sanchez") in CP-09-CR-1136-2008. A new trial was ordered and shortly thereafter, Sanchez was transferred back to Bucks County Correctional Facility ("BCCF") to await a new trial. Following Plaintiff's exoneration, on December 13, 2018 Sanchez filed a lawsuit (See article attached as Exhibit 2A pg. 7) against Bucks County, Warminster Township and their investigators alleging "they fabricated evidence, and intentionally withheld and misrepresented exculpatory evidence, specifically DNA results" Exhibit 2A. The lawsuit is assigned to Hon. Judge Cynthia M. Rufe, in this Court (Docket 2:8 - cv-05381 CMR)¹ and will remain pending until Sanchez's new trial has been completed and appellate double jeopardy claims are completely litigated. The purpose of including this procedural history is because as stated herein, Plaintiff believes a connection exists between his lawsuit and some of the actions taken by the Defendants in this matter in placing Sanchez in administrative seg. for punitive purposes for an indefinite period without any process or chance to respond.

FN1 Plaintiff intends to file a motion requesting this lawsuit be assigned to Judge Rufe as a related case.

page 1

Sanchez alleges the defendants violated his constitutional rights by placing him in admin seg. for punitive purposes without proper process, causing damages, Sanchez seeks the relief stated herein

## Facts

On or about November 5, 2020, Sanchez was placed in administrative Segregation without notice of a reason or an opportunity to respond. (This happened numerous of times as outlined in grievance dated 11-17-20 (page 29) it highlights everytime Mr. Sanchez was moved around as a retaliatory tactics.) Sanchez directed numerous requests to BCCF officials requesting an opportunity to respond to the determination to place Mr. Sanchez on admin seg. for an indefinite period of time (Exhibit 2B, page 10 attached hereto).[2] The BCCF Request slips attached also demonstrate Sanchez's numerous requests regarding his status.

---

FN2 The content of the requests, individually and as a whole, are incorporated by reference. Where necessary individual request known as BCCF Green Slips are referred to by date

Although Mr. Sanchez disagrees with the process and determination by BCCF administrators to place him on admin seg, the Bucks County DA ("The DA") filed two new cases against Mr. Sanchez alleging offenses at BCCF. Despite the new allegations and original 2008 charges against Mr. Sanchez, all parties agree that "the Department of Corrections has determined that the Plaintiff Mr. Sanchez does not pose a present danger to the institution and has placed him into general population." See Commonwealth's Emergency Motion to Modify Bail and Impose New Bail Conditions, ("Emergency Motion"), Para. 6 attached hereto as Exhibit 2C, page 47. The determination by BCCF that "Sanchez does not pose a present danger" was made on July 2, 2021 with full awareness of all the allegations against Mr. Sanchez and considered his conduct in the institution. Consequently, Mr. Sanchez was moved from admin seg to general population.

While in admin seg from Nov. 2020 until July 2, 2021, Mr. Sanchez wrote a request slips to BCCF administration, including deputy warden Ms. Reed and other staff regarding his status in admin seg, the BCCF investigators (Bochenek, Onisek & Disandro) suggested to Sanchez that his status in admin seg could be changed if Sanchez dropped his pending lawsuit.

Page 3

In general population, Mr. Sanchez had a job and complete access to the physical and mental health services which are limited in admin seg.

Despite the determination by BCCF to move Mr. Sanchez to general population, the Bucks County DA (Matthew Weintraub, esq., Matthew Lannetti esq, and ADA Edward Furman) did not wait even one day to file the (emergency motion Exhibit C) which sought to interfere with BCCF administrator and decision making regarding Sanchez's housing status. The DA made this request knowing it creates a "fiction" Exhibit C, Para 12 and acknowledging the Court cannot specifically order Mr. Sanchez to be placed in admin seg. The Court held a hearing on the DA's emergency motion and rejected the DA's attempts to interfere with decision making by BCCF administrator.

Although the Court's decision allowed Mr. Sanchez to remain in "gen pop", the inflamatory language in the "emergency motion" demonstrated the depth of the DA's anger at the BCCF's decision and their desire to impose as much punishment as possible on Mr. Sanchez in retaliation for his lawsuit and exposure of the improper conduct of county officials in his 2008 case.

page 4

On or about July 26, 2021, the BCCF returned Mr. Sanchez to administrative segregation where he currently remains. As demonstrated by an August 30, 2021 letter (attached as Exhibit 2D), Mr. Sanchez return to admin seg represented impermissible punishment for a minor misconduct allegation. We believe the evidence (through discover) will show the decision to return Mr. Sanchez to admin seg was made for retaliatory purposes to fulfill the intent expressed in the DA's "emergency motion". Mr. Sanchez was initially placed on both restricted housing and admin seg but the restricted status ended 37 days. Additionally, Again Sanchez was NOT provided with notice of his placement in admin seg or given any chance to respond. Bucks County has <u>NO</u> formal process in the inmate manual regarding placement of inmates on administrative lock status. Mr. Sanchez remains in admin seg for an undefined period. The prison Oversight Board has admitted he was returned to admin seg because of a misconduct allegation. He has no ability to challenge the admin seg designation. Additionally, for the entirety of Mr. Sanchez's time in admin seg he has not been allowed to contact his attorney's via phone[3] to participate in his own defense even though the DA seeks to impose the death penalty. Moreover, Mr. Sanchez has been treated differently than similarly situated inmates whom are not indefinitely kept on admin seg.

Page 5

Question IV part D Supplement
Supplementary Relevant Facts

1.) BCCF investigators have attempted to unduly prejudice other inmates to participate in their investigations by referring to Mr. Sanchez as being "guilty" about his opened cases and giving them details of those cases, and that Mr. Sanchez is a "evil person" "master manipulator" who manipulates "women", "Gaurds" and "inmates" and that Mr. Sanchez is a killer. This is **Slander** & **defamation of Character**.

2.) At the current time, Mr. Sanchez has not been convicted of any alleged offenses he has been charged with.

3.) Evan before Nov. 2020, BCCF has placed Mr. Sanchez in admin seg numerous times as retaliation without notice or an opportunity to respond, the investigators said they can do what they want and can keep Mr. Sanchez locked for as long as they want cause there is no policy.

4.) The Exhibits to Question VII include Mr. Sanchez's Summaries and Submissions as part of the grievance process document the manner in which the treatment of Sanchez has differed from similarly situated inmates.

Exhibit 2A

Lawsuit vs. Bucks County

2018



4:32     

⌂ 🔒 *pennrecord.com/stories/511687289-e*  [3]  ⋮

### PENNSYLVANIA RECORD  ☰

*Home » Stories » 2018 » December*

## Exonerated death row inmate alleges Bucks County and Warminster police engaged in wrongful prosecution

LAWSUITS

By **Bree Gonzales** | Dec 27, 2018



shutterstock.com

PHILADELPHIA — A Pennsylvania resident is suing police in Bucks County and Warminster Township, alleging that they fabricated evidence and intentionally withheld and misrepresented exculpatory evidence, specifically DNA results.

Defendants in Alfonso Sanchez's Dec. 13 lawsuit are Bucks County, Warminster



124
SHARES

f  🐦  👽  +

P₉ 7

## PENNSYLVANIA RECORD

PHILADELPHIA — A Pennsylvania resident is suing police in Bucks County and Warminster Township, alleging that they fabricated evidence and intentionally withheld and misrepresented exculpatory evidence, specifically DNA results.

Defendants in Alfonso Sanchez's Dec. 13 lawsuit are Bucks County, Warminster Township, Warminster Township Police Officer Sean Harold, Bucks County Detective Martin McDonough and Warminster Township Detective John Bonagro.

The suit, filed in Philadelphia federal court, alleges malicious prosecution, and deprivation of liberty without due process of law and denial of a fair trial by fabricating evidence, withholding exculpatory material and impeachment evidence, and deliberately failing to conduct a constitutionally adequate investigation, and other counts.

According to the complaint, the plaintiff alleges that in 2008, he was wrongfully



124
SHARES

4:33 

## PENNSYLVANIA RECORD ≡

According to the complaint, the plaintiff alleges that in 2008, he was wrongfully convicted of murder in the first degree of the shooting deaths of Mendez Thomas and Lisa Diaz and, as a result, served nine years on death row before his conviction was vacated and another one-and-a-half years in county jail while he awaited retrial.

The defendants allegedly performed their unlawful acts under the color of state law, intentionally, with reckless disregard for the truth, and with deliberate indifference to Sanchez's rights.

The plaintiff requests a trial by jury and seeks compensatory damages, punitive damages, costs, attorney's fees, and for any and all other relief to which he may be entitled. He is represented by Michael Pillegi in Philadelphia.

*The U.S. District Court for the Eastern District of Pennsylvania Case No. is 2:18-cv-05381-CMR.*



Want to get notified whenever we write about any of these organizations ?

||| ○ ‹

P₉ 9

**B.C.P. Number**

095098

**ALL INMATES FILL IN THIS SECTION**

**Name (Last, First)**

Sanchez Alfonec

**Date**
11/11/20

**Module and Cell Number**

R Hu 9

**Admission Date**

I would like to see Ms. Reed

I need to see that staff person because why am I being put under investigation again when I am not a threat to this institution or my self, because now I'm in a hard cell since thursday and no-one came to see. Would you please get me out the hole.

Alfonso Sanchez
**Signature of Inmate**

*Do Not Write Below This Line*

**Date request answered:**

**Answer:** Status will be reviewed are investgatin has been concluded.

**Refferal Sent To:** _____

**Return To:** _____ **Module & Cell #** _____

**Signature of Staff Person** _____

BCCF 194 REV. 10/04

P₉ 10

Ms. Reed

Sanchez RHU -9

MS. Reed

Exhibit 2B

BCCF'S

Request Slips

**B.C.P. Number**

095098

## ALL INMATES FILL IN THIS SECTION

**Name (Last, First)** Sanchez Alfonzo

**Date** 11-28-20

**Module and Cell Number** RHU 9

**Admission Date**

I would like to see _Ms. Reed._

I need to see that staff person because _I have been in the RHU for about 30 days as of now; under RHU status house alone without a misconduct. No one is telling me anything. Would you please find out what going and how much longer I have to stay down here without a misconduct._

_Also I filed a grievance, however I still have yet to get a response, I wrote it on or about 11-17-20._

Thank You

_Alfonzo Sanchez_
**Signature of Inmate**

*Do Not Write Below This Line*

**Date request answered:**

**Answer:** Grievances will be answered w/in 10 days of Receipt. I would assume you shall be getting a response shortly. Please direct inquiry to Michelle at the Admin Building it you do not receive response w/in a few days

**Refferal Sent To:**

**Return To:** 1st follow up Re: RHU stay info **Module & Cell #**

**Signature of Staff Person** Investigation still pending.

BCCF 194 REV. 10/04

11

Ms. Reed

MS. Reed

**B.C.P. Number**

095098

## ALL INMATES FILL IN THIS SECTION

**Name (Last, First)** Sanchez Alonzo

**Date** 1-7-21

**Module and Cell Number** D-12

**Admission Date**

I would like to see MS. Reed.

I need to see that staff person because Happy New Year! I am writing you again about me being locked down under RHU status without a misconduct. You & I as well as all staff who worked around me can vouch that I don't cause trouble in this facility. I've seen so many people (inmates) get caught with drugs, have weapons and assaultive behavior towards staff & inmates and they only get 30 days hole time, meanwhile I didn't do anything wrong and its been over 2 months. I've been in the hole without a misconduct. Do you think this is fair? I would you please help me and do something about this.

Thank You!

_Alonzo Sanchez_
**Signature of Inmate**

### Do Not Write Below This Line

**Date request answered:**

**Answer:** I actually inquired yesterday about your status. Will advise when I have an update.

**Refferal Sent To:** _____

**Return To:** _____ **Module & Cell #** _____

**Signature of Staff Person** _____

BCCF 194 REV. 10/04

12

Ms. Reed

Ms. Reed

B.C.P. Number

095098

**ALL INMATES FILL IN THIS SECTION**

Name  (Last, First)

Sanchez  A.

Date   1-14-21

Module and Cell Number

MHU 5

Admission Date

I would like to see  Mr. Siant

I need to see that staff person because  I was moved from RHU to D block on admin lock now I get moved to MHU, not on RHU status, i could you please have my status. Ised back to admin lock cause I do not have a misconduct I'm only under investigation, and its been over 2 month now.

Thank You !

L. Sanchez

Signature of Inmate

*Do Not Write Below This Line*

Date request answered:

Answer:  It was an Administrative decision to place you on RHU Status. You will need to ask the Warden (Galione) about this.

Refferal Sent To: _____

Return To: _____  Module & Cell # _____

Signature of Staff Person  _____

BCCF 194 REV. 10/04

13

Siani

Siani

S-W

B.C.P. Number

095098

**ALL INMATES FILL IN THIS SECTION**

Name (Last, First)

Sanchez Alonzo

Date  1-15-21

Module and Cell Number

RHU 5  G-20

Admission Date

I would like to see  Matites

I need to see that staff person because  I have been on RHU Status for almost 3 months now
without a misconduct under investigation. If I'm going to be left under
investigation would you at least change my classification to admin.
I have never caused a problem in this facility and I've been here going on
4 years. I've seen numerous people get caught with drugs and have assaultive
behavior towards inmate. I still recieve a inmate being found with weapons, to
which all got a misconduct with 30 day's hole time. Mean while I'm
under RHU status without a misconduct. How is this fair?

Alonzo Sanchez

Signature of Inmate

*Do Not Write Below This Line*

Date request answered:

Answer:  Until we are notified that the investigation is complete you
will remain on the status.

Refferal Sent To: _____

Return To: _____  Module & Cell # _____

Signature of Staff Person  Cup

BCCF 194 REV. 10/04

14



20-309-18

**B.C.P. Number**

095098

## ALL INMATES FILL IN THIS SECTION

**Name (Last, First)**  Sanchez Alfonzo

**Date** 1-27-21

**Module and Cell Number**  G-20

**Admission Date**

**I would like to see** Frank Bochnick Investigators.

**I need to see that staff person because** I would to know why you continue to violate my Rights under the 1st, 4th, 5th, 8th & 14th amendments of US. constitution. when I know for a fact that there has been numerous inmates who have been found with drugs & bringing in as well as being charged with it and only getting 30 days hole time and went back out to population, mean while I'm still in the hole? This is Delibrate Indifference. Also what are the names of your Superiors?

Thank You

Alfonzo Sanchez
**Signature of Inmate**

### Do Not Write Below This Line

**Date request answered:** 02-04-2021

**Answer:** REFER TO YOUR GREEN SLIP DATED 01-18-2021. I REFER TO DIRECTOR PICOLLI, ON 01-18-2021 YOU WERE INFORMED OF THE REASON YOU ARE ON LOCKED/RHU STATUS

**Refferal Sent To:** _____

**Return To:** INMATE SANCHEZ    **Module & Cell #** _____

**Signature of Staff Person** Frank Bochnick    Special Investigations

BCCF 194 REV. 10/04

15

Frank Bochenek
Investigator

Frank Bochenek
Investigator

INMATE ALFONSO SANCHEZ #095098
G-20

20-309-18

**B.C.P. Number**

045098

**ALL INMATES FILL IN THIS SECTION**

**Name (Last, First)**
Sanchez Alfonzo

**Date**
2-3-21

**Module and Cell Number**
G-20

**Admission Date**

I-would like to see _Frank Bochenek Investigator_

I need to see that staff person because _I would like to know why you continue to violate my_
_rights under 1st 4th, 5th, 8th & 14th Amendments of the US Constitution when I_
_know for a fact that ~~inmate~~ has been numerous inmates who have been found_
_with drugs & bringing them in as well as being charged with it and they only_
_get 30 days hole time and went back out to population, mean while I'm_
_still in the hole without charges or misconduct? ~~thoroughly~~_
_Also what is the names of your Superiors?_

_Thank You_

_Alfonzo Sanchez_
**Signature of Inmate**

**Do Not Write Below This Line**

**Date request answered:** _02/11/21_

**Answer:** FRANK BOCHENEK IS OFFICIALLY RETIRED. AS YOU WERE
PREVIOUSLY TOLD, CHARGES ARE FORTHCOMING. THE INVESTIGATION
UNIT ANSWERS TO THE DIRECTOR, CHRIS PIROLLI. MR. PIROLLI IS
ALARE OF Your ComplanTs AS IS THE Bucks County DA's Office.

**Refferal Sent To:** _____

**Return To:** _SANCHEZ, A. # 095098_ **Module & Cell #** _G 20_

**Signature of Staff Person** _INVESTIGATOR Daniel Onisick_

**BCCF 194 REV. 10/04**

rb

Frank Bochenck

Investigator

Frank Bochenck

Investigator

MCC

RETURN :
SANCHEZ, A.
#095098
6-20

2-10-21

Director Mr. Pirolli

I would like to know why your allowing your subordinates to continue to violate my Rights under the 1st, 4th, 5th, 8th & 14th Amendments of the U.S. Constitution by housing me on RHU status for 4 month now without a misconduct. I know for a fact because I have numerous names of inmates who have been found & charged with bringing drugs in this facility and only getting 30 days hole time & go back out to population. Also there are numerous inmates with assaultive behavior on staff & inmates and only recieved 30 days hole time. I have been on RHU status for almost 4 month now. How is this fair to me? when in your handbook it says everyone is to be treated fairly. Also would you please send me the full names of all your Subordinates involved in this matter so I could file my civil complaint.

I haven't been a threat to my self or this institution.

I have exhausted all grievance procedures in this matter, and this is my last Plead for you to rectify this cruel & unusual punishment.

17

**B.C.P. Number**

095098

## ALL INMATES FILL IN THIS SECTION

**Name (Last, First)**

Sanchez Alfonso

**Date** 2-28-21

**Module and Cell Number**

RHU 6

**Admission Date**

I would like to see _Ms. Reed_

I need to see that staff person because _I would like to know why I'm being house on_
_admin lock when you have inmates with the same charges as me in this prison_
_and they are not on admin lock. You know I'm not a problem matic inmate and_
_I won't cause trouble. I just want to be treated fairly. I did 4 month on RHU_
_Status, I served my time. Also I'm still a pre-trial detainee who hasn't_
_been convicted of any crime. It's not right to keep me locked up all of_
_he said she saide. Look at my record since I've been here, how many_
_write ups did I get in the 4 years I have been here. Please give me_
_a chance like everyone else. People on death row are not even locked in_
_any more._                                          Thank You._

_Alfonso Sanchez_

**Signature of Inmate**

*Do Not Write Below This Line*

**Date request answered:**

**Answer:** _your Status is reviewed regularly._

**Referral Sent To:** _____

**Return To:** _____ **Module & Cell #** _____

**Signature of Staff Person** _____

BCCF 194 REV. 10/04

Received
3-8-21

18

Ms. Reed

Ms. Reed

B.C.P. Number

095098

**ALL INMATES FILL IN THIS SECTION**

Name (Last, First)   Sanchez Alfonso

Date  3-9-21

Module and Cell Number   G 21

Admission Date

I would like to see  Ms. Reed

I need to see that staff person because  It's been a lot of yard cancellation for RHU &
Admin locks for morning yard. I spoke with block officers about going
to yard on the block they said it would be easier, however, I would
have to get it approved by you. Would you please approve me to have
yard on the block at 2nd shift.

Thank You!

_Alfonso Sanchez_
Signature of Inmate

*Do Not Write Below This Line*

Date request answered:

Answer:  Please let me know when yard
has chanced & will look into

Refferal Sent To: _____

Return To: _____   Module & Cell # ___

Signature of Staff Person _____

BCCF 194 REV. 10/04

19

Ms. Reed

Ms. Reed

B.C.P. Number

095098

**ALL INMATES FILL IN THIS SECTION**

Name (Last, First)    Sanchee Alfonzo

Date  3-16-21

Module and Cell Number    G 21

Admission Date

I would like to see   Ms. Reed

I need to see that staff person because  I'm requesting respectfully an in record deposition as
to why I'm still on admin lock.
    I'm also requesting respectfully if you could approve me to go to yard
on the block because it always a problem with going to yard in other door
to it always being cancled or they are coming at 6:30am before I even have
breakfast. It would just be a lot easier on the guards and at last I
know I would get my yard time without any problems.

Thank You

_Alfonzo Sanchez_
Signature of Inmate

*Do Not Write Below This Line*

Date request answered:

Answer:   Yar Stahis is due to be renewed
          on Brand 3/30/21.

Referral Sent To:  When WAO yard Canclled?

Return To: _____  Module & Cell # _____

Signature of Staff Person _____

BCCF 194 REV. 10/04

20

MS. Reed

MS. Reed

2 Slip Scan

**B.C.P. Number**

095098

**ALL INMATES FILL IN THIS SECTION**

**Name (Last, First)**
Sanchez Albinzo

**Date**
4-1-21

**Module and Cell Number**
G 21

**Admission Date**

I would like to see _MS. Read_

I need to see that staff person because _would you please write me back as to why_
_I'm still on admin lock._
_Also would you please let me know who and what does_
_the admin team comprise of._

Thank You!

_Alfonzo Sanchez_
**Signature of Inmate**

*Do Not Write Below This Line*

**Date request answered:**

**Answer:** _You are on administrative lock for the safety_
_and security of the institution at this time._
_Your status will continue to be reviewed regularly_
_and when deemed appropriate your lock status will_
_be removed._

**Refferal Sent To:** _____

**Return To:** _____  **Module & Cell #** _____

**Signature of Staff Person** _____

BCCF 194 REV. 10/04

21

Mrs. Reed

Sanchez
C-21

Ms. Reel

B.C.P. Number

095098

**ALL INMATES FILL IN THIS SECTION**

Name (Last, First)    Sanchez Alfonso

Date   4-8-21

Module and Cell Number   G-21

Admission Date

I would like to see   MB Reed

I need to see that staff person because   I wrote absolutely I'm on admin lock 3/4/11 and
I got a vague response that was not your signature, it said I was locked
for the safety and security of the institution". Respectfully, I would
like to know the reasons as to how or why I'm admin locked under
them pretentious claims.

Thank You

Alfonso Sanchez
Signature of Inmate

*Do Not Write Below This Line*

Date request answered:

Answer: No further explanation will be provided
at this time. Your status will be reviewed
regularly

Refferral Sent To: _____

Return To: _____   Module & Cell # _____

Signature of Staff Person

BCCF 194 REV. 10/04

22

MS. Reed

Sanchez G-21

MS. Reed

B.C.P. Number

095098

**ALL INMATES FILL IN THIS SECTION**

Name (Last, First)

Sanchez Alfonzo

Date  5-13-21

Module and Cell Number

G-21

Admission Date

I would like to see  MS. Reed

I need to see that staff person because  Thanks for coming by to talk to me. I have a few question. (1) what should I do about the rest of my stuff I'm missing? (2) Have you spoke to anyone about the GED program. (3) would you please help me get my link units put on my trust fund account since I cant use the messenging system.

Thank You!

_Alfonzo Sanchez_
Signature of Inmate

*Do Not Write Below This Line*

Date request answered:

Answer:  Waiting to hear back from

VITA Re: School & then I will need

Refferral Sent To:  To fillow up w/ my administration.

Return To: _____  Module & Cell # _____

Signature of Staff Person  I spoke to the Captain Re: property

BCCF 194 REV. 10/04  & they will take another look!

23

Sandra Gsi 129

Ms. Reed

Ms. Reed

**INMATE REQUEST FORM**

| | B.C.P. Number |
|---|---|
| | 095098 |

## ALL INMATES FILL IN THIS SECTION

| Name (Last, First) | Date |
|---|---|
| Sanchez Alfonso | 5-31-21 |

| Module and Cell Number | Admission Date |
|---|---|
| G-21 | |

I would like to see _MB Reed_

I need to see that staff person because _I filled a grievance to the Director_
_and I never recieved a response, grievance # was 2021-48._
_I still haven't heard anything about my property. Also whats_
_the situation with getting my money from my link isn't put_
_back on to my trust fund account._

Alfonso Sanchez
**Signature of Inmate**

### Do Not Write Below This Line

Date request answered:

Answer: _____
I have reached out. I hope to have an
answer for you. From my understanding
some of your items have been replaced in place
Refferral Sent To: ___ of missing items? The last updated list I
Return To: _recieved had your no Module & Cell # I know that
Signature of Staff Person has been replaced as well.

BCCF 194 REV. 10/04

24

Ms. Reed

MS. Reed

Gto
Sanchez

B.C.P. Number

095098

**ALL INMATES FILL IN THIS SECTION**

Name (Last, First)

Sanchez Alfonzo

Date 7-26-21

Module and Cell Number

G-3

Admission Date

I would like to see MS. Reed

I need to see that staff person because I would like to know why I am back on admin lock RHU status, also what going on with my greivance I filed #2021-48, I never received the response from the directors office. And would you please send me 2 greivance forms because I'm still being denied medical treatment for my broken toe. Thank You

Signature of Inmate

*Do Not Write Below This Line*

Date request answered:

Answer: RHU pending investigation.

When I receive additional information, I will come speak to you.

Refferal Sent To:

Return To: I'll Billan up on pending Module & Cell # grievance 4

Signature of Staff Person Yar CM can provide you grievance

BCCF 194 REV. 10/04 forms for the medical complaint

25

G3

Ms. Reed

MS. Reed

Request Slip
8-8-21 metilus/Kratz

I was told I'm under investigation for using other inmates phone, however, I still have not recieved a misconduct. Also how is it fair to me when other people have staling inmates accounts, other inmates are not allowed to use phones & still do, however, none of them got put on admin lock under investigation they just got a misconduct and I know numerous names of inmates this had happened to. So why am I being treated differently? Also is this gonna be an on going thing were every infraction I commit I gotta get put under investigation and put on admin lock? I feel like this is a clear abuse of authority by your investigation team, and I would like to know if your cosigning their actions

26

Monica,

I am writing you because I was placed in the RHU about 8 days ago for no reason at all and no-one is telling me anything, I haven't even spoken to my family, I have only been getting 5 to 10 min sleep burst throughout the day & night and a tottal of maybe an hour and a half because people keep screaming & banging all day & night. I don't want medication because I don't do drugs but this is stressing me out and giving me bad anxiety, I'm starting to not understand whats real or not I'm seeing and hearing voices, and no I don't want to hurt myself or any others, I just want to know why I'm back here and if you could have me moved to a different block for mental health reasons.— Mental health came to see me on 11-13-20 and said they could not help me, but she could put me naked in a cell.

I want to speak to all 3 investigator's they refused to tell me why I'm in the hole and said they can do what they want and they are going to "break me", this was today 11-13-20, and told me to drop the lawsuit.
Today 11-13-20 on or about 3:12 mr. Lagana walked by my cell I asked him why I'm back here he said "kill yourself" and walked off.

27

Request Slip - 2nd slip    12-4-20

To: monica, mental Health

From: Alfonzo Sanchez 095098 RHU 9

Request: I'm still having problems going to
sleep, I'm having severe concentration & memory
problems, Sever panic attacks, I'm stressed out,
my anxiety & tension is high. I can't even read
a book without the words moving around or I
forget what I read as I'm reading, I'm even
having problems eating my food. I have been
harming my self, hearing voices and frequencies,
I'm having problems not knowing whats real
or fake, Please come see me I need help
I'm losing my self, I need to know how to
fix this.

28

11-17-20

## Grievance:

Chronicles: Sometime in 2018 I asked the warden a question about the showers and the way we clean the curtains. Then he left ~~that~~ B-module and no matter within 2 min I was told to pack up because the warden Mr. Lagana had moved me to G-module, I stayed on G-module for about 7 month then I was told to pack up cause the Warden wanted me on A module, then I was moved again by the warden within 2 month to B-module, then I was to move to the RHU because I'm being put under investigation by the warden, no one told me why and they didn't know no matter who I asked. Then I get moved to C-module stayed there for about 2 month then again I get put under investigation still no clear answers as to why. Then I get moved back to B-module as of 11-5-20 and now I'm under investigation again and still no one tells me anything as to why. Now I'm placed on house alone with no phone calls, I'm being denied my legal work my address book was tooken by investigators and it still has not been returned it has all my lawyer's info as well as family & friends. I have never been violent to staff nor prisoner's and always remained respectful towards all staff & prisoner's. So why am I always being treated unfairly? I'm housed around mentally ill inmates who scream & Bang day in day out, I'm in a cell with Feces on wall and stuck to toilet bowl. Being denied Razer & nail clipper's. This is a clear violation of my ~~first~~ 8th and 14th Amendment Rights, subjecting me to cruel & unnecessial punishment because this is physical & mental abuse. Also my legal mail still keeps being opened without me present because again it was opened on or about 11-10-20

29 Turn →

### Detailing Informal Process to Resolve:

I wrote to Laguna, Ms. Reed, Mr. Galizen, no reply. I spoke to SGT's Wylie, Sherman, Moreniz, LT's Clayton, Kovach and Captain Nottenham. I spoke to all 3 investigator's on 11-13-20 and they wouldn't tell me anything. I also spoke to Mr. Laguna & LT. Clayton on 11-13-20 on or about 3:12 pm and still no answer's as to why I'm in the RHu. I also wrote Monica from mental Health.

### Specific Remedy Being Sought:

There needs to be policy put in place detailing reason's why someone could be placed under investigation and sent to the RHu. Also there needs to be policy on the duration allowed to put someone under investigation so there isn't no abuse of power. Monetary damages for injuries

12-1-20,          Appellate Review, Grievance #2020-207

How is it you have inmates who been in trouble for physically & verbally assaultive towards staff, inmates and self, as well as being found to have weapons and drugs in this facility get 30 days of RHU time, meanwhile I've been *in this facility* going on 4 years with none of these misconducts and being housed in RHU without a misconduct. *my housing is Arbatrary & illegal not appropriate.* Also legal mail is supposed to be open in front of client this has not happened of numerous occasions. And none of my issues are properly addressed. I'm also requesting that all video, audio and computer generated time stamps of all investigation be preserved for further legal proceedings.

Arbatrary

30

Received on 12-10-20
poroli

and or resolved
(1)
All issues are not address, Like being moved around by the
Warden's investigator's under retaliatory tactic. (2) Still being
housed in RHu without a misconduct. (3) ~~Being denied my legal property.~~
(3) Being put in a cell with Feces on the walls and stuck inside the
and vermim running around
toilet bowl. (4) Being denied Razors & nail clipper. (5) Being housed
with mentally ill inmates who bang & scream all day & night Keeping me up.
                        book
(6) My address was tooken by investigators and it still was not returned
to me. (7) It's been going on 45 days now still under investigation
and no one coas is telling me anything. (8) I only been to yard twice since
being in RHu. (9) Being denied my legal property. (10) I wrote mental health
twice and still no help.

3\

Grievance 9-26-21

2 issues, 1.) I have been on lock status since 7-26-21 and no one is telling me why, I didn't do anything to warrant long term isolation. 2.) My phone calls & messaging privileges have been tocken away for almost a year now, it was never court ordered nor apart of my misconduct sanctions. I am being punished for crimes I haven't even been convicted of, and this is making my mental health decline. I wrote to MB. Reed, even spoke to her & Galione and ~~spoke~~ to matellus. And I wrote to Krate

I would like to have my phone calls & messaging restored, and get off lock status due to my mental health declining

<u>Request Slip</u>          9-26-21

To: mr. Hutt

From: Alfonzo Sanchez 095098 G43

<u>Request</u>

would you please forward grievance
to Superintendent
                    Thanks

                    It was forwarded.

                         V

33



**Webster Law**ₚc.
ATTORNEY AT LAW

87 North Broad Street
Doylestown, PA 18901
215 348 7700
FAX 215 348 0171

Sara M. Webster, Esquire
swebster@websterlawpa.com

February 17, 2021

Alfonso Sanchez
Inmate No. 095098
1730 S. Easton Road
Doylestown, PA 18901

Dear Mr. Sanchez;

I am in receipt of your most recent letter dated 2/10/2021 complaining of the conditions of your confinement. I checked with the prison who confirmed that indeed you had been under investigation and therefore subject confinement to your cell pending investigation of activities jeopardizing the security of the institution.

I am advised that you received a shower as recently as yesterday and the previous week as well.

Yard has been cancelled for the last couple of weeks due to the accumulation of snow.

I am advised that the investigation has nearly being concluded and more information will be available to you.

Very truly yours,

SARA WEBSTER

c.c.: Christine Shenk, Chief Probation Officer via email
Grievance Committee via email
Keith Bidlingmayer via email

34

## BUCKS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

DATE _8/11/20_

NAME _Alonso Sanchez_ BCCF# _095098_ FACILITY _Bucks_ CELL _B-33_

GRIEVANCE # _2020-137_, DATE POSTED: _8/17/80_, INITIALTED _(W)_

**It is understood that all information pertaining to this grievance shall be released to the Bucks County Prison Oversight Board.**

ATTACH ADDITIONAL PAGES AS NEEDED

Statement detailing the act or condition giving rise to this grievance: (Be specific, list all dates, times, locations and witnesses)

_my pictures from my friends & family are being sent back on numerous occasions there is no nudity they are fully dressed so I do not know why my pictures are being sent back, other people are getting their pictures and theirs are in bathing suits._
_I feel my pictures are being deliberately sent away by who ever is screening them._

Statement detailing informal process which you have attempted in order to resolve this grievance: (Attach any written documentation from staff.)

_I wrote to ms.Reed & Business office and never heard back from them._

Specific remedy being sought:

_I want my pictures to not be sent back when my family & friends are following proper protocol, and there needs to be a better system for screening photo's._

Received by:_____ Date:_____

First Level Response:

Your grievance has been reviewed. Please be advised, if the pictures do not conform to the mail policy restrictions they are returned to the sender.

Answered by:_____ _Warden_ Date: _8-19-2020_

**Appeal to Director of Corrections**: If the inmate/resident is not satisfied with the outcome of the first level response, he/she may then forward a written appeal, with the previous response, to the Director. The appeal must be filed within ten (10) days of the inmate's receipt of the first level response. After a review, the Director will make resolution in writing within ten (10) days of receiving the appeal. (appeals form on back).

**Appeal to the Bucks County Prison Oversight Board**. If the inmate/resident is not satisfied with the outcome of the appeal to the Director, he/she may forward a written appeal with the previous responses, within ten (10) days of receipt of the Director's response, to the Bucks County Prison Oversight Board, attn: Michael J. Gallagher, Controller 55 East Court Street, Doylestown, PA, 18901. The County Prison Oversight Board shall provide the Director of Corrections with a copy of any such appeal and will forward its written decision to the inmate/resident and the Director of Corrections.

35

8-26-20                **NOTIFICATION OF APPELLATE REVIEW BY DIRECTOR**

Statement of rationale for appellate review:

_my grievance is still not resolved because my mail is still missing and some are being sent back. My family & friends are conforming to the mail policies, and the pictures I'm getting sent from Textbehind are a prison friendly company that screens their own pictures being sent. So if they are approved from Textbehind then why not here? So clearly my pictures are being sent back for no reason._

_I still want the same remedy sought._

Received by:_____     Date:_____

Resolution:

**Inmate Sanchez, BCDOC does not contract with "Text Behind" and therefore is unaware of the criteria used. All Correspondences to BCDOC must meet the Department requirements set forth. If mailings are not compliant, items are returned. Your grievance is denied.**

Answered by:_____     Date:_____**September 8, 2020**_____

************************************************************************

**NOTIFICATION OF APPELLATE REVIEW BY BUCKS COUNTY PRISON OVERSIGHT BOARD**

Statement of rationale for review by Prison Oversight Board:

_____
_____
_____
_____
_____
_____
_____
_____

Received by:_____     Date:_____

Resolution by Prison Oversight Board:

_____
_____
_____
_____
_____
_____
_____

Answered by:_____     Date:_____

DOC-226 (rev. 9/2017)

B-33

Sanchez Alfonzo



Sara M. Webster, Esquire
87 North Broad Street
Doylestown, PA 18901
swebster@websterlawpa.com

April 7, 2021

Alfonso Sanchez
Inmate No. 095098
1730 S. Easton Road
Doylestown, PA 18901

Dear Mr. Sanchez;

      I received your undated letter on April 5, 2021 complaining that you are confined to lock status. Any complaints about prison conditions must be addressed first to the Warden, then to the Superintendent and finally, at the third level, to the Prison Oversight Board at which time it will be refer to someone on the Grievance Committee.

      I have no authority to address your issues directly and please ask your friends and family members not to contact me either.

                      Very truly yours,

                      SARA WEBSTER

SMW/lc

36



**Webster Law** P.C.
ATTORNEY AT LAW

87 North Broad Street
Doylestown, PA 18901
215 348 7700
FAX 215 348 0171

Sara M. Webster, Esquire
swebster@websterlawpa.com

November 23, 2020

**Alfonso Sanchez**

**Doylestown, PA 18901**

Dear Mr. Sanchez;

I am in receipt of your letter. Enclosed please find a blank grievance form. Your grievance needs to follow the proper procedure by first filling out this form which first goes to the Warden, then Superintendent Pirolli and finally the Prison Oversight Board.

Very truly yours,

SARA WEBSTER

SMW/lc

Enclosure

3 7

Request Slip                    8-9-21

From: Alfonzo Sanchez #098098

To: Director Kratz

Request: I would like for you to fire your
investigation team of DiSandro & Dan O. for
their egregious misconduct and unprofessional
conduct for Defamation of Character and Slandering
my name by saying I'm "evil" and I "manipulate
everyone" and that I "shot a murdered people" and
telling this to numerous inmates and talking about
my case. Also trying to coerce inmates to make
false accusations against me. These inmates will be
later identified in later court proceedings to protect them
from retaliation.


CC

38

Grievance # 2021-48

4-16-21

I've been on lock status since 11-5-20 and was told by the administration that I'm to be locked until further notice for the "safety and security of the institution". This pretentious claim falls on its face. I have been in this facility for 4 years and never harmed anyone and no one has harmed me. Numerous inmates have recieved the same charges as me and they never got put on admin lock, also there are numerous inmates with assaultive behavior and are not locked, there was numerous inmates who have been found with bringing drugs in this facility and they are not on locked status. I am not being treated fairly nor am I being afforded the same equal protection rights as a pretrial detainee. This is severely making my mental health deliver.

I wrote to Director Pardii, Warden Galcon, Ms. Reed and Mr. Matileus.

I want to get off locked status ASAP. or allow me to go to morning & afternoon yard on the block when it's yard time.

39

Grievance # 2021-48

(1) The response was inadequate and did NOT address my issues. (2) All prisons & Facilities were put on notice and are aware through legislation & law that you can NOT house mentally ill inmates in isolation in the State of Pennsylvania and prisons & facilities no longer have qualified immunity from civil suits.

48

#2021-48

oversight
appeal                    8-15-21

(1) The Director responded 4 month's later
and never once put in for an extension.
So I spent 9 month's unjustified on
lock status with severe mental
health issues and now it has gotten
worse from being locked in a cell
for long periods of time with no help.
(2) This administration is using Admin
lock as retaliation, punishment &
torture. Furthermore it's Arbitrary &
Capricious, because other prisoner's
are not allowed permitted to use the phones &
they have stolen other inmates
credentials, however, they are not on
Admin lock. Once again I'm being
treated differently. The investigation
team needs to be fired for abuse of
authority

2021-48 appeal

**B.C.P. Number**

095098

## ALL INMATES FILL IN THIS SECTION

**Name  (Last, First)**

Sanchez Alfonzo

**Date**

4-29-21

**Module and Cell Number**

G-21

**Admission Date**

I would like to see _Case manager._

I need to see that staff person because _would you please forward my grievance_
_to the Director's office._

Thank You !

Alfonzo Sanchez
**Signature of Inmate**

*Do Not Write Below This Line*

**Date request answered:**

**Answer:** _____

**Refferal Sent To:** _____

**Return To:** _____ **Module & Cell #** _____

**Signature of Staff Person** _____

BCCF 194 REV. 10/04

41

Today came back from Formal arraignment, my cell was search and everything I had documented was stolen, what day's I was barred from shower and yard. The day the investigator's told me to drop the lawsuit how many times I was sent to RHU & MHU even just cell moves, Even copies of green slips. that I wrote but never got back.

42

**B.C.P. Number**

21-446-GS

095098

**ALL INMATES FILL IN THIS SECTION**

Name (Last, First) Sanchez Alfonze

Date 7-29-21

Module and Cell Number G-3

Admission Date

I would like to see Investigator's office

I need to see that staff person because Is this some kind of gate or ill intent to get me back on lock up? why am I being put back on other states under investigation.

Alonzo Sanchez
Signature of Inmate

**Do Not Write Below This Line**

Date request answered: 08/07/2021

Answer: MR. SANCHEZ, THE INVESTIGATION CONCERNED YOU MAKING CALLS ON OTHER INMATES' ACCOUNTS. THIS IS ANOTHER INSTITUTIONAL VIOLATION THAT YOU HAVE ENGAGED IN.

Refferal Sent To:

Return To: SANCHEZ                Module & Cell # G3

Signature of Staff Person DiSANDRO - INVESTIGATIONS

BCCF 194 REV. 10/04

43

RETURN TO:
I/M SANCHEZ #095098
G-3

Investigator's office

B.C.P. Number

095098

**ALL INMATES FILL IN THIS SECTION**

Name  (Last, First)

Alfonzo Sanchez

Date    9-28-21

Module and Cell Number

G-43

Admission Date

I would like to see ___ Mr. Hutt

I need to see that staff person because _would you please contact mrs Reed and ask her why she told you I couldn't call my lawyer, because Mr. Krate told my Judge I can't call my lawyer._

*Alfonzo Sanchez*
Signature of Inmate

**Do Not Write Below This Line**

Date request answered:

Answer: ___ She is looking into this.

Refferral Sent To: _____

Return To: _____ Module & Cell # _____

Signature of Staff Person _____

BCCF 194 REV. 10/04

44

## Request Slip

TO: Ms. Reed                                    8-23-21

From: Alfonzo Sanchez #095098   G-3

Issue: I have been on RHU status
    Since 7-26-21 without a misconduct.
    I was told it was because I used
    another inmates credentials for the
    phone, with that being said 1) the
    infraction doesn't even hold a 30 day
    Sentence. I feel this is a clear abuse
    of the investigators to hold me on lock
    Status and this needs to Stop because
    Clearly I'm being treated differently
    then any other inmate. Would you please
    explain to me why.

                            Thank You!

                            Afonzo Sanchez

Response:

I'll Check with the investigators
regarding your Status.

Sanchez

45

Request Slip

Request Slip
MS. Reed

Ms. Reed

Response:

I'll speak with the investigator regarding your claim.

Request Slip

From:                                        8-29-21
    Alonzo Sanchez #095098 - G-3

TO:
    Ms. Reed

Request:
        You told me to write when my status
    was changed, it has changed, however, I'm
    on admin lock. Would you please find
    out when I can get off this status
    because I still haven't recieved a
    misconduct.
                        Thank You!

                        Alonzo Sanchez

Response:

    you are due for your review
    Shortly so I will be in touch.
                    R.

46

Request Slip
Ms. Reed

Request Slip

Ms. Reed

Sanchez
63

Exhibit 2 C

DA's

Emergency

Motion

**IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY**
**CRIMINAL DIVISION**

COMMONWEALTH OF PENNSYLVANIA    :    CP-09-CR-0003008-2021

V.                                                           :

                                                               :

ALFONSO SANCHEZ                          :    ATTORNEY I.D. # 69706

## O R D E R

AND NOW, this        day of                    , 2021, upon consideration of the

attached Motion, it is hereby **ORDERED** that unsecured bail is granted on this case only

with the following condition:

1. The defendant may have no contact with other incarcerated offenders.

BY THE COURT:

_____

                                                              J.

47

## IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY
### CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA  :  CP-09-CR-0003008-2021

V.                             :

ALFONSO SANCHEZ               :  ATTORNEY I.D. # 69706

## EMERGENCY MOTION TO MODIFY BAIL AND IMPOSE NEW BAIL CONDITIONS

TO THE HONORABLE JUDGE RUBENSTEIN:

AND NOW, the Commonwealth of Pennsylvania, by its attorneys, Matthew D. Weintraub, District Attorney of Bucks County, Matthew S. Lannetti, Deputy District Attorney of Bucks County, and Edward J. Furman, Assistant District Attorney of Bucks County, respectfully represents the following:

1. On CP-09-CR-0001136-2008, the Defendant, Alfonso Sanchez, is charged with two counts of Criminal Homicide, one count of Attempted Criminal Homicide, and related offenses for killing two individuals and shooting and injuring a third in 2007.

2. On CP-09-CR-0003007-2021 the Defendant is charged with multiple counts Solicitation to Commit Criminal Homicide, Intimidation of a Witness, and related charges stemming from attempts to have a witness in the underlying homicide case (1136-2008) killed.

3. On Criminal Information CP-09-CR-0003008-2021 the defendant is charged with Contraband, Corrupt Organizations, and related charges for organizing and running a suboxone ring within the Bucks County

Correctional Facility.

4. The defendant had been in administrative segregation but is now in general population.

5. The defendant, in committing these offenses, has demonstrated that he will not conform his conduct to comply with the laws of the Commonwealth or the rules and regulations of the Bucks County Correctional Facility even while he is incarcerated.

6. The Commonwealth has learned that the Department of Corrections has determined that the defendant does not pose a present danger to the institution and has placed him into general population from administrative segregation.

7. The Commonwealth avers that the defendant poses a present danger to not only the prisoners and staff within the Correctional Facility, but also to the general public, because he solicited multiple individuals to murder a witness in his homicide case. The Commonwealth avers that both the individuals at the Correctional Facility and the public at large will be in danger for as long as the defendant remains housed in general population.

8. While the defendant had been been separated from other inmates while housed in administrative segregation there had been no drug smuggling, threats, or attempts to murder witnesses in pending court cases by the defendant.

9. The Court cannot specifically order that a defendant be placed in administrative segregation. See Dial v. Vaughn, 733 A.20 1 (Pa. Commw. LEXIS 432) (1999).

10. However, a general condition of any bail is that a defendant refrain from criminal activity. Pa. R. Crim. Pro. 526.

49

11. Further, the Court does have the authority to set necessary conditions of release on bail, including any conditions necessary to ensure that the defendant refrain from criminal activity. Pa. R. Crim. Pro. 527.

12. The Commonwealth acknowledges that this bail motion will create a "fiction" because the defendant's capital case will prevent him from actually being released.

13. By requesting that the Court grant this bail modification, the Commonwealth is seeking a legal means to ensure that the public remains safe and protected from the defendant while he awaits trial on his capital murder case, the case in which he solicited the murder of a witness in his capital murder case, and the case in which he operated a drug smuggling ring inside the correctional facility.

14. As such, the Commonwealth respectfully asks this Court to order the following, solely to ensure that the defendant continues to refrain from criminal activity while incarcerated.

    a. Reduce the defendant's bail in CP-09-CR-0003008-2021 to an unsecured bail so that he will be released on that case **only,** while remaining incarcerated on his other cases.

    b. Set the following non-monetary condition of release on CP-09-CR-0003008-2021 to ensure that the defendant refrains from committing criminal conduct.

        i. The defendant may have no contact with other incarcerated offenders.

WHEREFORE, the Commonwealth respectfully requests that the above bail motion be granted.

Respectfully submitted,

Matthew D. Weintraub
District Attorney

Matthew S. Lannetti
Deputy District Attorney

Edward J. Furman
Assistant District Attorney

51

COMMONWEALTH OF PENNSYLVANIA :

                                       :   SS.

COUNTY OF BUCKS                    :

Matthew S. Lannetti, Esquire, being duly sworn according to law, deposes and says that he is a Deputy District Attorney of Bucks County and that the facts set forth in the foregoing are true and correct to the best of his knowledge, information and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa. C.S.A. Subsection 4904 relating to unsworn falsification to authorities.

I further certify that the foregoing document complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

 

 

Matthew S. Lannetti
Deputy District Attorney

Dated: July 2, 2021

52

## IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY
## CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA  :  CP-09-CR-0003008-2021

V.  :

:

ALFONSO SANCHEZ  :  ATTORNEY I.D. # 69706

## PROOF OF SERVICE

I hereby certify that I served a copy of the foregoing document upon the persons and in the manner indicated below:

SERVICE BY HAND DELIVERY:

Clerk of Courts
100 N. Main St.
Doylestown, PA 18901

The Honorable Alan M. Rubenstein
Judge's Chambers
100 N. Main St.
Doylestown, PA 18901

SERVICE BY FIRST CLASS MAIL:

Francis Genovese, Esq.
3881 Skippack Pike
PO Box 1368
Skippack, PA 19474

Niels Eriksen, Jr., Esq.
174 Middletown Blvd. #300
Langhorne, PA 19047

Mark Eastburn, Esq.
60 E. Court St. PO 1389
Doylestown, PA 18901

Dated:  July 2, 2021

Matthew S. Lannetti
Deputy District Attorney
Attorney ID No. 314391
Office of the District Attorney
Bucks County Courthouse, 2nd Fl.
100 N. Main St.
Doylestown, PA 18901
(215) 340-8018

54

Exhibit 2 D
Letter From
Oversight
Board



# **County of Bucks**

**PRISON OVERSIGHT BOARD**
**Administration Building**
**55 East Court Street, Doylestown, PA 18901**
**(215) 348-6435    Fax (215) 348-5216**

*County Commissioners*

Diane M. Ellis-Marseglia, LCSW, *Chair*
Robert J. Harvie Jr., *Vice Chair*
Gene DiGirolamo

August 30, 2021

Alfonso Sanchez
#095098
Bucks County Correctional Facility
1730 S. Easton Road
Doylestown, PA   18901

### **RE:   Grievance #2021/48**

Dear Mr. Sanchez:

I am in receipt of the above-captioned grievance which was filed on
April 20, 2021. This same grievance was received by the Prison Oversight Board
on August 25, 2021, as a third level grievance regarding your status on
administrative lock. It is my understanding that you were released from custody
on July 2, 2021, in response to this grievance, with no phone or tablet privileges.
I have also learned that you were returned to administrative lock on July 26, 2021,
because of another misconduct allegation. Because you were released in response to
this grievance, it appears that this grievance is moot and it is therefore denied.

Very truly yours,

Ann P. Russavage-Faust
Chief Public Defender

APR-F:dm

55

# Exhibit 2E

BCCF Request Slip

Re Atty Calls

From Dep. Warden Ms. Reed

B.C.P. Number

095098

**ALL INMATES FILL IN THIS SECTION**

Name (Last, First)

Alfonzo Sanchez

Date 9-28-21

Module and Cell Number

G-43

Admission Date

I would like to see _Mr. Hutt_

I need to see that staff person because _would you please contact nr.s Reed and ask her why she told you I couldn't call my lawyer, because Mr. Krate told my Judge I could call my lawyer._

Alfonzo Sanchez
Signature of Inmate

Do Not Write Below This Line

Date request answered:

Answer: _I was wrong. Sorry for the confusion._

_You will be permitted to contact your_

Referral Sent To: _attorney through CM Hutt. He was advised I_

Return To: _____ Module & Cell # _____

Signature of Staff Person _will coordinate._

BCCF 194 REV. 10/04

56

# Exhibit 3

# Injuries

Exhibit 3     Complaint Question V

Injuries

    Please see attached: BCCF green sheets requesting medical treatment and equipment; Medical requests submitted to Prime Care through BCCF dispensary, and, 12/13/20 Grievance and incorporate these submissions and content by reference. These documents were submitted in real time and document Plaintiff's injuries to his foot (broken toe, plantar fascitis, nerve damage) and the numerous requests for treatment and equipment which went unheeded because of placement in admin seg and restricted housing. It is almost impossible to calculate the extent of the damage as BCCF refuses to allow any kind of examination by specialist or imaging

Mental Health

    Plaintiff has suffered severe symptoms similar to the effects of other inmates who have spent extended time in isolation. His symptoms in the past have included thoughts of self-harm, hearing voices, banging head off the walls, seeing things, chronic insomnia. Plaintiff has consistently notified BCCF administration and mental health staff of these problems caused by the extended period of isolation. Nearly the entirety of treatment provided for these issues and his severe anxiety are only addressed through random

Question V Continued
Mental Health (contained)
consultations through his door. Sanchez' severe
anxiety and the worsening of his underlying
mental health issues have a direct connection
to his placement in the isolation which
is a critical part of administrative segregation.

As demonstrated in the Emergency Motion
filed by the DA, their intent is to
exacerbate Sanchez' isolation by
keeping him away from contact with all
other inmates.

# Exhibit 3A

## Part V

BCCF Request Slips

Re: Injury

B.C.P. Number

095098

**ALL INMATES FILL IN THIS SECTION**

Name (Last, First)
Sanchez Alfonzo

Date
12-4-20

Module and Cell Number
RHU 9

Admission Date

I would like to see _Director of Nursen._

I need to see that staff person because _I went to medical today after wait over a week about my Plantar Faciilis and a broken toe, and I also told the nurse about my nerve damage on my left foot as well due to me stepping on a 3inch piece of glass. I used to take 600mg 3 time a day at Newton for the nerve pain. Well the nurse only gave me motrin which does not work or help at all, she didn't even wrap my toe or give me crutches. And for my plantar facilitis I'm willing to have my family order and pay for my own ortho sneakers if you approve me to have them sent in. Would you please make th aforementioned happen for me?_

I hank You!

_Alfonso Sanchez_
Signature of Inmate

*Do Not Write Below This Line*

Date request answered: 12-10-20 1900

Answer: Crutches are not allowed on a restricted unit. You also can't have toe wrapped, long bandages can be used for self injury. Tasked provider with request for orthotic shoes.

Refferal Sent To: _____

Return To: _____     Module & Cell # _____

Signature of Staff Person MM LPN     12-11-20

BCCF 194 REV. 10/04

5a

Director of Nursen

Director of Nursen

RHU-9B

12-13-20

Grievance

(1) I broke my middle toe on a medal loop sticking up from the side of the bed. It's been about 3 weeks and I'm being refuse crutches & for my toe to be wrap with something to keep my toe set. (2) I also have Planter Faciitis to which is causing severe pain in both feet and I need to order orthotic shoes. (3) I have been nerve damage on my left as well (and I used to take something called Neroten 600 mg 3x a day.) due to a 3 inch piece of glass going through my foot.
(4)

I wrote sick call on 11-20 another on 12-1-20 then I was seen on 12-4-20 and refused treatment and only given motrin for 5 day. Then I wrote green slip to Director of Nursen. and still I was refused treatment.

(1) I would like my toe wrap so it could heal properly. with crutches.
(2) I would like to be approved to order orthotic shoes, I'll even have pay and my family send them in

(3) I would like to be proscribed Neroten for the nerve pain cause thats the only medication that worked good. (4) The medal loops need to be removed from the bed to prevent from other people getting hurt.

60

12-4-20

D.O.N.   Director of Nursen

     I went to medical today about my plantar Faciitis and a broken toe. And also told the nurse about my nerve damage on my left foot as well due to me stepping on a 3 inch piece of glass, I used to take neroten for the nerve pain. Well the nurse only gave me motrin which does not help at all, She didnt even wrap my toe or give me crutches. And as for the plantar Faciitis I'm willing to have my family pay for my own ortho sneakers if you approve me to order them. Can you please make the aforemention happen for me.

Write to Linda Ogden RN & J. Thomas RN/DON Supervisor on 1-13-21 about the refusal of Sneakers on 1-12-21

62



Sara M. Webster, Esquire
87 North Broad Street
Doylestown, PA 18901
swebster@websterlawpa.com

March 8, 2021

Alfonso Sanchez
Inmate No. 095098
1730 S. Easton Road
Doylestown, PA 18901

Dear Mr. Sanchez;

I am in receipt of your most recent letter dated 1/25/2021 which was responded to by the acting warden and the Superintendent and appealed to the Prison Oversight Board on 2/28/2021. You have grieved the refusal of the prison to accept "orthotic" sneakers bought by your family. You claimed that other inmates have been permitted similar sneakers.

Having spoken with the staff at the prison I have confirmed that Air Jordan sneakers are not orthotic and were therefore properly rejected. What you are permitted to have brought in are just the inserts for the orthotic support and not the sneakers. Therefore, the resolution by the Prison Oversight Board is that the grievance was properly denied in that the sneakers proposed do not qualify as orthotic.

Very truly yours,

SARA WEBSTER

c.c.: Kim Doran via email to ksdoran@buckscounty.org

63

09509P

## MEDICAL PROVISION FROM HOME

INMATE'S
NAME: _Sanchez, alfonso_     DATE: _12/29/2020_

### ITEM(S) NEEDED

DEVICE: _Orthopedic shoes_

MEDICATION: _____

### APPROVALS

NURSE (filling out form)

NURSING SUPERVISOR

DEPUTY WARDEN – PROGRAMS

*LOBBY OFFICER PLEASE ATTACH FORM TO ITEM WHEN RECEIVED AND RETURN TO DISPENSARY*

OFFICER'S SIGNATURE: _____     DATE: _____

### ITEM DISPENSED TO INMATE

RECEIVED BY: _____     DATE: _____

Sneakers denied Not orthopedic.
Placed in property.   1-13-21

**Name:** SANCHEZ, ALFONSO
**Location:** MAIN
**Property:** All Property For An Inmate
**Date:** 01/13/2021 11:20

| Booking # | BCP # | Commitment Date | | Current Housing | | |
|---|---|---|---|---|---|---|
| 2017002359 | 095098 | 04/25/17 09:34 | | BCCF-D MODULE-012 | | |

| Qty | Entry Date/Time | Description | Bin Location | Disposition | Release Date/Time | Released To |
|---|---|---|---|---|---|---|
| 1 | 04/25/17 09:44 | SOCKS | BR 0815 | | | |
| 1 | 04/25/17 09:44 | STATEOR COUNTY ISSUE | BR 0815 | | | |
| 1 | 04/25/17 09:44 | UNDERWEAR | BR 0815 | | | |
| 1 | 04/25/17 09:44 | RETAINS GLASSES | BR 0815 | | | |
| 1 | 04/25/17 09:44 | RETAINS SNEAKERS | BR 0815 | | | |
| 1 | 01/13/21 11:17 | SNEAKER TYPE PROHIBITED | BR 0815 | | | |

**I have inspected the receipt and I believe it to be true and accurate property.**


**Inmate Signature**


**Officer Signature**

Signature certifies that I have carefully inspected the entire list of property and that I have no other items in my possession. I further understand that should any of the issued items I received be damaged (other than normal use), destroyed, or missing, I may be charged the replacement costs. I further certify that I have no legal recourse against the facility upon signing this receipt.

**If you choose a Prepaid Card:** I hereby authorize and request the return of my funds on the Numi Prestige Prepaid Mastercard and confirm receipt of the cardholder agreement. I understand the card is active and there may be fees associated with the use of the card. Those fees are listed in the cardholder agreement. I further understand that I may choose not to use the card and can request a check be mailed to me in accordance with the terms set forth in the cardholder agreement. There is no purchase price for the prepaid card. No fee was charged for activating the card.

2-10-21 Appeal

There is NO set policy or catalog in medical or this facility about what shoes to order. Also there has been numerous inmates with similar sneakers that medical & this facility approved. And the insole of my sneakers are medically orthotic. This is arbitrary & medical malpractice for denying medical treatment.

60

# PRIMECARE MEDICAL, INC.

## Patient Follow-Up Sheet

Patient Name: **Alfonso Sanchez** Date of Birth: _____

Identification Number: **095098** Cell Location: **G20**

Date of Service: **1/20/21**

Service Type:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Lab | ☒ X-Ray | ☐ EKG | ☐ Intake Testing |

Your recent test(s) results performed by the Medical Department have been reviewed by the
Medical Provider. The Provider has determined that:

☐ You have been scheduled for a follow up visit which should occur on _____

☒ The results are considered within normal ranges, no further visits are required. If you
continue to have any concerns/issues please resubmit a sick call request.

Sincerely,

Medical Department

Date: **1/21/21**

_____
Medical Signature

PCM Forms Manual © 2013

67

B.C.P. Number

095098

**ALL INMATES FILL IN THIS SECTION**

| Name (Last, First) | Date |
|---|---|
| Sanchez Alenzo | 1-13-21 |

| Module and Cell Number | Admission Date |
|---|---|
| DX 12 MHU 5 | |

I would like to see _Linda Oglen RU_

I need to see that staff person because _I was approved to have my family send in othe sneakers._ _my family paid for certom sneakers with an additional othe insole. They had them_ _dropped off on 1-12-21 at 3:00 pm. However, I was told that a guard /co._ _told a nurse to refuse my sneakers because they are not orthotic. First E_ _foremost he is not a shoe specialist or a foot doctor to have them refused._ _And wont I were to pay for them speakers regularly they are still perfect_ _for my foot condition because my family went to a foot doctor first to_ _have them approved so I wouldn't get the wrong sneaker. I'm asking_ _would you please contact property officer Hartman and have my sneakers_ _brought to me. Thank You_

_Alonzo Sanchez_
Signature of Inmate

**Do Not Write Below This Line**

Date request answered: 1-14-21 2200

Answer: _Family brought in Nike Jordan's. They are not_ _approved orthetic sneakers. Per Health Services Administrator._

Refferal Sent To: _____

Return To: _____ Module & Cell # _____

Signature of Staff Person _MM LPN 1-15-21_

BCCF 194 REV. 10/04

MHU-5

Linda Ogden RN

Linda Ogden RN

### *PrimeCare Medical, Inc.*
#### — SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE _Sanchez, Alfonzo_    DATE / FECHA _11-29-20_

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE _095098_

DATE OF BIRTH / FECHA DE NACIMIENTO _12-29-81_

(UNIT / CELL) / (UNIDAD / CELULA) _RHU 9_

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD _I have plantar Faciitis and its getting worse, would you please approve me to have my family send me in ortho sneaker's because the ones here don't have cushion and its painful for me to walk. Also I think I broke one of my toes, I get it caught in a medal loop on the bed while I was asleep._

*(TO BE COMPLETED BY MEDICAL STAFF) /*
*(PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: _11/29/20 @ 2200_

RESPONSE: _SHOE WILL NOT BE REQUESTED AT THIS TIME. You WILL BE SEEN FOR NURSE SICK CALL._

_JA, RN_
(SIGNATURE)

_11/29/20_
(DATE)

*(2nd. Slip Submitted)*

## PrimeCare Medical, Inc.

### — SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE _Alfonzo Sanchez_ DATE / FECHA _12-1-20_

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE _085098_

DATE OF BIRTH / FECHA DE NACIMIENTO _12-29-81_

(UNIT / CELL) / (UNIDAD / CELULA) _RHU 9_

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD _I have planter faciitis_
_and it's getting worse, would you please approve me to have my_
_family order me ortho sneaker. Also I think I broke my_
_middle toe on the bed while I was sleeping. The bed_
_has larg medal loops sticking up from the sides. Can_
_someone please come see me or call me down, Thanks._

*(TO BE COMPLETED BY MEDICAL STAFF) /*
*(PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: _12/2/20_

RESPONSE:
_Sick call in place -_
_were already told no Shoe_
_@ this time_

_____
(SIGNATURE)          _12/2/20_ (DATE)

Form # 9113 AU
PCM Forms Manual © 2016

## *PrimeCare Medical, Inc.*
### — SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE _Alonzo Sanchez_ DATE / FECHA _5-17-21_

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE _095098_

DATE OF BIRTH / FECHA DE NACIMIENTO _12-29-81_

(UNIT / CELL) / (UNIDAD / CELULA) _G-21_

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD _I broke my ~~da~~_
_middle toe back in Nov. of 2020, however, it's_
_not getting better. My toe for the past 2_
_months has been going numb & freezing_
_cold and it still hurts realy bad to_
_walk on it. Can someone come see me so I_
_don't have to walk down there._

*(TO BE COMPLETED BY MEDICAL STAFF) /*
*(PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: _5/20/21     0010_

RESPONSE: _Scheduled_

_____

_____

_____

_____

_____ _M_ _____
(SIGNATURE)

_5/20/21_
(DATE)

71

Form # 9113 AU
PCM Forms Manual © 2016

## *PrimeCare Medical, Inc.*
### — SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE *Alonzo Sanchez* DATE / FECHA *5-30-21*

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE *095098*

DATE OF BIRTH / FECHA DE NACIMIENTO *12-29-81*

(UNIT / CELL) / (UNIDAD / CELULA) *G-21*

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD *would you*
*please approve me for a cane due to*
*having a broken toe, Thank you!*

*(TO BE COMPLETED BY MEDICAL STAFF) /*
*(PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: *Scheduled   5/30/21*

RESPONSE: _____

2nd Slip Submitted

## *PrimeCare Medical, Inc.*
### — SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE *Alfonso Sanchez* DATE / FECHA *6-12-21*

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE *095098*

DATE OF BIRTH / FECHA DE NACIMIENTO *12-29-81*

(UNIT / CELL) / (UNIDAD / CELULA) *G-21*

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD *would Someone please approve me for a cane due to me having a broken toe, also it's been going numb & and freezen cold. And Please come see me so I don't have to walk down there. Thank You*

*(TO BE COMPLETED BY MEDICAL STAFF) /*
*(PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: _____

RESPONSE: *Table 6/14/21*
_____
_____
_____
_____

_____          _____
(SIGNATURE)                                      (DATE)

73

Form # 9113 AU
PCM Forms Manual © 2016

# Exhibit 4

# Complaint

# Question

# IV

# Relief

Exhibit        Complaint Question VI
Relief

Plaintiff, Alfonzo Sanchez, believes the evidence will
demonstrate he is entitled to the following
relief:

① Immediate transfer from administrative segregation
into general population;

② Establishment by BCCF of a system
for the transfer of pre-trial detainees
into administrative segregation including
written notice, an opportunity to respond and
an adequate manner to determine the potential
length inmates can be placed into administrative
segregations and

③ Monetary damages for the harm to Sanchez'
physical and mental health because of his
placement in administrative segregation as
detailed in the complaint as well as
for any other harm caused by the
Defendant's action in this case. As well as
Nominal, compensatory, and punitive damages.

Page 74 A

④ All defendants must be fired without their pension due to their blatant abuse/torture of Mr. Sanchez; é because Mr. Sanchez don't want them to have the opportunity to harm another person again.

⑤ A jury trial on all issues triable by jury.

⑥ Plaintiff's cost in this suit. Any additional relief this court deems just.

⑦ Preliminary é Permanent Injunction. To have BCCF release Mr. Sanchez into population — "Genera population" because of the continuing harm Mr. Sanchez suffers from isolation both mental é physical. And Mr. Sanchez is more then likely to show at trial that the defendants violated Mr. Sanchez's rights as well as Mr. Sanchez's false imprisonment.

Page 74B

# Exhibit 5
## Grievance Documents—
## Question VII

Grievance filed 8-15-21

Ms. Reed told me to file grievance on 8-12-21 about my property being Stolen and or misplaced, and my glasses get broken from mishandling my property. I'm still missing (6) Turkey leg, (6) Hot sausage, (3) Reg Sausage, (4) white rice, (6) Se. Cheese, (4) Tub cheese, (1) Basketball Reebok Sneakers, (1) XL sweatshirt, (1) 2x Sweatpants, Spanish english dictionary, (5) Books, family photo's and legal materials. Total for commissary $ 152.46, my glasses "Derzon" Model #Doc302 200 HM cost $2,495.00.

I spoke to LT. Bahlaj, Captain Nottingham and Ms. Reed, they told me to give them time to find my stuff, however, I was only given 3 items back. Ms. Reed told me to file grievance because its taken to long to replace my belongings.

I want to be reimbursed for everything, commissary $ 152.46, Glasses $ 2,495.00 and I don't know how to put a price on family photo's & legal materials. and Books, we can come to some kind of agreement.

(1)                                Page 75

_Appeal._

9-19-21

1) No commissary that's unopened ever gets discarded.
when going to RHU, you can look at all inmates
leg Sheet when placed in RHU. Ask officers who work RHU.

2) I had 5 boxes of property and I only got
2 boxes out of 5, you could ask CO's Keller,
williams, Leary, Gray and Lopez. And upon
opening one box my glasses were broken
and I reported it immediately, they were
not broken when I got sent to RHU. you can
review cam's/video's.
3) I tried to handle this informally before I
filed grievance once it could not be
handle after LT. Bahlaj and Captain Nottenham
said they couldn't find the rest of my stuff then
I filed grievance after speaking to Ms. Reed
at another attempt to handle it informally, all
to no avail, and that was on 8-12-21 then I
filed grievance on 8-15-21 so I'm a well within
the time frame to file grievance.
4) You should be time barred because you failed
to respond within ten day's nor did you ask
for an extention, So I should be granted relief.
Same remedy is being Sought.

(2)

# Exhibit 6

## More tactics
## OF
## Retaliation

10-8-21

Today on or about 7:00pm to 7:30 my friend called my friend and told her about the law-suit I'm filing against the prison will be out in the mail by Monday, now this is a very known number Mr. Sanchez calls to which the investigators listen to and in on that number. Now no longer then 2 min about or more when call was completed Mr. Sanchez's games, music, commissary, law library functions were shut down. Clearly they were shut down because of the said conversation about the lawsuit being filed and ready by Monday 11, 2021 against this facility

77

**B.C.P. Number**

095098

**ALL INMATES FILL IN THIS SECTION**

**Name (Last, First)**   Sanchez Alfonzo

**Date** 8-8-21

**Module and Cell Number**   G-3

**Admission Date**

**I would like to see** MS. Hunsiker Law Library

**I need to see that staff person because** would you please come help me fill out a 1983 form with In Forma Pauperis and appointment of counsel.

Thank You

_Alfonzo Sanchez_
**Signature of Inmate**

*Do Not Write Below This Line*

**Date request answered:**

**Answer:** I can provide the form but only a legal representative can help you fill it out.

Forms Attached.

**Refferral Sent To:** _____

**Return To:** _____   **Module & Cell #** _____

**Signature of Staff Person** MS. Hunsicker 8/10/21

BCCF 194 REV. 10/04

Recieved
8-17-21

Law Library

M3. Hunsicker

M3. Hunsicker

Law Library

Request Slip

From: Alfonzo Sanchez #095098 | Date: 8-16-21

TO: Ms. Hunsicker Law Library

Requesting: would you please send me case law
because I'm on RHu Status: Following:
Arsberry V. Sielaff, 586 F.2d 37
Hewitt V. Helms, 459 us 460, 103 S. ct 864
Meachum V. Fano, 427, U.S. 215
U.S. V. Salerno, 481 US 739, 747, 95
Baxter V. Palmigiano, 425 US. 308, 323

Also would you please send me State & Federal law
on Liberty Interests.

Thank You!
Alfonzo Sanchez

Attached
Ms. Hunsick~

8/25/21

C-3-8

## Request Slip

To: Ms. Hunsicker law Library

G-3-2

B.C.P. Number

095098

**ALL INMATES FILL IN THIS SECTION**

Name (Last, First)

Sanchez Alfonso

Date  2-24-21

Module and Cell Number

G 20

Admission Date

I would like to see _Ms. Hunsicker_

I need to see that staff person because _would you please send me the guidlines for sentencing_
_for 18-3902 & A — 18-3909 — 18-3495-38 A1 and the rules of criminal procedure as_
_to these charges_

Signature of Inmate

*Do Not Write Below This Line*

Date request answered:

Answer: _Attached_

Refferal Sent To: _____

Return To: _____   Module & Cell # _____

Signature of Staff Person _MS. Hunsicker_

BCCF 194 REV. 10/04

R-ecieved
on 3-5-21

Law Library

Ms. Hunsicker

Ms. Hunsicker

Law Library

020

SWORD Z

Joseph Foreback #07693
1730 S. Easton Rd.
Doylestown, PA 18901

**PRIORITY MAIL**
★ TRACKED ★
★ INSURED ★

UNITED STATES
POSTAL SERVICE®
For Domestic and International Use

Label 107R, May 2014

U.S.M.S.
X-RAY

TO: U.S. District Court, ED Pa.
601 market St.
Phila, Pa. 19106

EXPECTED DELIVERY DAY: 10/29/21
USPS TRACKING® #

9505 5145 1613 1300 0540 88




U.S. POSTAGE PAID
PME
DOYLESTOWN, PA
18901
OCT 27, 21
AMOUNT
$8.80
1006
19106
R2303S1029882-02

Purple Heart
The Medal for the
Combat Wounded



OCT 2 8 2021